IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

EARL NICHOLAS NEWTON,

    Plaintiff,

v.                                        Civil Action No. 3:24cv413

G.E.O. GROUP, INC., *et al.*,

    Defendants.

## MEMORANDUM OPINION

On December 9, 2024, the United States Postal Service returned a November 22, 2024 Memorandum Order to the Court marked, "RETURN TO SENDER" and "Inmate not in VADOC." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order shall accompany this Memorandum Opinion.

Date: 12/17/2024  
Richmond, Virginia

                                                        /s/  
                                        M. Hannah Lauck  
                                        United States District Judge